No. 23-1709

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF MAINE,

*Plaintiff-Appellee*,

v.

3M COMPANY,

*Defendant-Appellant*,

E.I. DUPONT DE NEMOURS & COMPANY, f/k/a E.I. Dupont
De Nemours & Company; CHEMOURS COMPANY; CORTEVA, INC.;
DUPONT DE NEMOURS, INC.; DOW INC.,
CHEMOURS COMPANY FC, LLC,

*Defendants.*

On Appeal from the United States District Court for the District of Maine
No. 2:23-cv-00210 (Hon. John A. Woodcock, Jr.)

## JOINT MOTION FOR EXTENSIONS OF TIME

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27, Defendant-Appellant 3M Company and Plaintiff-Appellee State of Maine jointly move for extensions of 14 days each for 3M's opening brief, to December 11, 2023, and for Maine's brief, to January 24, 2024.

3M's opening brief and appendix are due on November 27, 2023. Maine's brief is due on December 27, 2023. There is good cause for the extension request. 3M's counsel have had, and will continue to have, responsibility for a number of other matters with proximate deadlines,

including in *Sanders v. CSXT Transportation, Inc.*, No. 1-23-0481 (Ill. Ct. App.) (reply brief filed on Nov. 13, 2023); *U.S. Sugar Corp. v. U.S. Army Corps of Engrs.*, No. 23-11683 (11th Cir.) (reply brief due on Nov. 27, 2023); and *Planned Parenthood S. Atl. v. Kerr*, No. 21-1043 (4th Cir.) (oral argument on Dec. 8, 2023). Maine's counsel also have responsibility for other matters, including *City of Chicago v. Monsanto Co. et al.*, No. 1:23-cv-15357 (N.D. Ill) (motion due Nov. 22, 2023); *State of Vermont v. 3M Co.*, No. 547-6-19 Cncv (Vt. Super. Ct.) (reply brief due on Dec. 11, 2023); and *Burlington Sch. Dist. v. Monsanto Co.*, No. 2:22-CV-215 (D. Vt.) (Dec. 8 discovery deadline). Counsel also seek additional time because of the upcoming Thanksgiving and Christmas holidays.

For these reasons, 3M and Maine request that the Court grant this unopposed motion for a 14-day extension of time within which to file the opening brief and appendix, until December 11, 2023, and for a 14-day extension within which to file Maine's brief, until January 24, 2024.

Dated: November 17, 2023

/s/ *Viola Vetter*
Kyle J. McGee
Viola Vetter
GRANT & EISENHOFER
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com

Scott Boak
Robert Martin
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
(207) 626-8897
Scott.Boak@maine.gov
Robert.Martin@maine.gov

Matthew F. Pawa
Benjamin A. Krass
SEEGER WEISS LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

*Counsel for Appellee State of Maine*

Respectfully submitted,

/s/ *Michael A. Scodro*
Michael A. Scodro
  1st Cir. Bar No. 1207763
Avi M. Kupfer
  1st Cir. Bar. No. 1177771
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
mscodro@mayerbrown.com
akupfer@mayerbrown.com

*Counsel for Appellant 3M Company*

3

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). According to the word-processing system used to prepare this document, the motion contains 265 words.

Dated: November 17, 2023                         /s/ *Michael A. Scodro*
                                                                    Michael A. Scodro

## CERTIFICATE OF SERVICE

I certify that on this 17th day of November, 2023, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

/s/ *Michael A. Scodro*
Michael A. Scodro