## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF MAINE, | |
| *Plaintiff-Appellee*, | Appeal No. 23-1709 |
| v. | |
| 3M COMPANY, | |
| *Defendant-Appellant*, | |
| E.I. DUPONT DE NEMOURS & COMPANY, f/k/a E.I. Dupont De Nemours & Company; CHEMOURS DOMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; DOW INC.; CHEMOURS COMPANY FC, LLC, | |
| *Defendants.* | |

## <u>UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT</u>

Defendant-Appellant 3M Company ("3M"), pursuant to Rule 34(b) of the Federal Rules of Appellate Procedure and this Court's Local Rule 34.1(d), moves to reschedule oral argument in this matter. Oral argument is currently calendared for July 28, 2025. 3M respectfully submits that there is sufficient cause for the relief requested herein. This is the first request by any party to reset or reschedule oral argument. Plaintiff-Appellee State of Maine does not oppose this motion.

In support of this motion, 3M states as follows:

1. This appeal has been fully briefed since February 22, 2024. On June 17, 2025, the Court issued a calendaring notice scheduling oral argument for July 28, 2025.

2. Upon receipt of the calendaring notice, 3M conferred with its choice of counsel for argument, Paul D. Clement of Clement & Murphy PLLC. Mr. Clement has not yet appeared for 3M in this appeal, but he recently argued an appeal for 3M presenting the same legal issue before the U.S. Court of Appeals for the Fourth Circuit. *See State of Maryland v. 3M Co*., 130 F.4th 380 (4th Cir. 2025); *see also* March 12, 2025 Citation of Supplemental Authorities, Dkt. No. 118258694 (alerting this Court to the Fourth Circuit's decision). As such, 3M strongly prefers that Mr. Clement present argument on its behalf before this Court.

3. On June 17, 2025, 3M learned that Mr. Clement has a scheduling conflict on July 28, 2025. On the same day, Mr. Clement is scheduled to present argument before the Honorable Jesus G. Bernal on a motion to dismiss in *Harris v. City of Los Angeles*, No. 5:24-cv-02679 (C.D. Cal.). Judge Bernal scheduled that argument in May 2025.

4. 3M first learned of the scheduled argument date for this appeal when the Court issued its calendaring notice on June 17, 2025. This Court's Internal Operating Procedures provide that before a "hearing list is finally established, the Clerk notifies the parties by letter of the proposed date for hearing the case so that

counsel may contact the Clerk if it appears that a scheduling conflict exists." Internal Operating Procedure VII. In this case, however, 3M did not receive a letter setting forth a proposed argument date.

5.      3M respectfully requests that the Court reschedule the date of oral argument to a date where Mr. Clement is available. Mr. Clement is currently available to present argument on July 30 or 31, 2025, or any date thereafter, with the exception of September 4-12, 2025. The State of Maine has consented to this request and has stated a preference for July 30 or July 31. Further, the State's counsel, Mr. Pawa, wishes to inform the Court that he is unavailable from August 14 to August 29 and September 2-3, 2025. Rescheduling argument would allow 3M to be represented by its counsel of choice, who has successfully represented the company in a related matter in the Fourth Circuit. Doing so would not prejudice the State of Maine, as it has consented to the request.

Dated: June 20, 2025                Respectfully submitted,

*/s/ Michael A. Scodro*
Michael A. Scodro

*Counsel for Appellant 3M Company*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 498 words.

I further certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Times New Roman font.

Dated: June 20, 2025

By: */s/ Michael A. Scodro*
Michael A. Scodro

*Counsel for Appellant 3M Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system, which electronically served a copy on all counsel of record.

Dated:  June 20, 2025

By:  */s/ Michael A. Scodro*
Michael A. Scodro

*Counsel for Appellant 3M Company*