# United States Court of Appeals
## For the First Circuit

No. 23-1709

STATE OF MAINE,

Plaintiff - Appellee,

v.

3M COMPANY,

Defendant - Appellant

E.I. DUPONT DE NEMOURS & COMPANY, f/k/a E.I. Dupont De Nemours & Company; CHEMOURS COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; DOW INC.; CHEMOURS COMPANY FC, LLC,

Defendants.

**ORDER OF COURT**

Entered: June 24, 2025

Appellant 3M Company's motion to reschedule oral argument is granted. The case is removed from the calendar for Monday, July 28, 2025. It is anticipated that this matter will be called at oral argument during the October 2025 sitting. Attorney Paul Clement of Clement & Murphy PLLC shall file a motion for leave to file a late appearance on or before **July 8, 2025**. See 1st Cir. R. 12.0(a).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jay S. Geller
Russell B. Pierce Jr.
Michael A. Scodro
Daniel L. Ring
Richard D. Tucker
Sigmund D. Schutz

Jeffrey D. Talbert
J. Wylie Donald
Kayla Estes
Scott W. Boak
Matthew F. Pawa
Benjamin A. Krass
Robert Lee Martin III
Kyle J. McGee