OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

23-1709
Calendaring Note
June 17, 2025

BOSTON MA 020
17 JUN 2025 PM 5 L

ZIP 02210
$000.69

RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 JUL -7 P 12:07

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Kayla Estes
Ste 3
81 Main St
Bangor, ME 04402

IE  015  FE 1   0007/01/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 02210300425   *1721-04799-17-35