August 20, 2025

Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthousep
1 Courthouse Way, Suite 2500
Boston, MA 02210

> Re: *Maine v. 3M Co.* (No. 23-1709) & *Ass'n of Am. Univs., et al. v. Dep't of Health and Hum. Servs., et al.* (No. 25-1345)

Dear Ms. Dubrovsky:

This letter updates the availability letters I sent on July 8 and July 22, 2025, in docket 25-1345 and the Motion to Reschedule Oral Argument filed on July 6, 2025, in docket 23-1709. Those filings indicated that I will be presenting argument for the Defendant-Appellant 3M Company in *Maine v. 3M Co.* (No. 23-1709), which has been tentatively scheduled for argument in the Court's October sitting, as well as all private Plaintiffs-Appellees in *Association of American Universities, et al. v. Department of Health and Human Services, et al.* (No. 25-1345) and its companion case (No. 25-1344), if the Court determines oral argument is necessary in those cases. The letters requested that if both cases were set for argument in the Court's October sitting, they be scheduled to minimize conflict with each other.

The Supreme Court of the United States recently scheduled argument for October 8, 2025, in *Michael J. Bost, et al. v. Ill. State Bd. of Elections, et al.* (No. 24-568), a case I am slated to argue. In light of that new conflict, I respectfully request that if either *Maine v. 3M Co.* (No. 23-1709) or *Association of American Universities* (No. 25-1345) and its companion case (No. 25-1344) is to be calendared for oral argument in October, that the case be scheduled for October 10, to minimize conflict with the Supreme Court argument. I have no conflicts for this Court's November sitting.

Respectfully submitted,

s/Paul D. Clement
Paul D. Clement

cc: All Counsel (via CM/ECF)