# United States Court of Appeals
### For the First Circuit

---

No. 23-1709

STATE OF MAINE,

Plaintiff - Appellee,

v.

3M COMPANY,

Defendant - Appellant

E.I. DUPONT DE NEMOURS & COMPANY, f/k/a E.I. Dupont De Nemours & Company;
CHEMOURS COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; DOW INC.;
CHEMOURS COMPANY FC, LLC,

Defendants.

---

**CALENDARING NOTICE**

Issued: August 26, 2025

    This case is presently scheduled to be called for oral argument on **Monday, October 6, 2025, at 9:30 a.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

    The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

    **Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

    The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: [GENERAL ORDER 22-1.](#)

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nicholas Albert Aquart
Scott W. Boak
Paul D Clement
J. Wylie Donald
Jay S. Geller
Benjamin A. Krass
Robert Lee Martin III
Kyle J. McGee
Matthew F. Pawa
Russell B. Pierce Jr.
Daniel L. Ring
Sigmund D. Schutz
Michael A. Scodro
Jeffrey D. Talbert
Richard D. Tucker