# United States Court of Appeals
## For the First Circuit

No. 23-1709

STATE OF MAINE,

Plaintiff - Appellee,

v.

3M COMPANY,

Defendant - Appellant

E.I. DUPONT DE NEMOURS & COMPANY, f/k/a E.I. Dupont De Nemours & Company; CHEMOURS COMPANY; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; DOW INC.; CHEMOURS COMPANY FC, LLC,

Defendants.

### ORDER OF COURT

Entered: September 9, 2025

Appellee State of Maine is directed to provide a response to Appellant 3M Company's letter filed pursuant to Fed. R. App. P. 28(j), dated September 9, 2025. The response must be filed by **5:00 p.m. on Friday, September 19, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jay S. Geller
Paul D Clement
Russell B. Pierce Jr.
Michael A. Scodro
Daniel L. Ring
Nicholas Albert Aquart
Richard D. Tucker
Sigmund D. Schutz
Jeffrey D. Talbert
J. Wylie Donald

Scott W. Boak
Matthew F. Pawa
Benjamin A. Krass
Robert Lee Martin III
Kyle J. McGee