# United States Court of Appeals
## For the First Circuit

No. 23-1709

STATE OF MAINE,

Plaintiff, Appellee,

v.

3M COMPANY, INC.,

Defendant, Appellant.

**JUDGMENT**

Entered: November 19, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order remanding the matter to the State of Maine Superior Court for Cumberland County is reversed. The matter is remanded to the district court with instructions to order this removed case be promptly returned to the U.S. District Court, and the district court must resume jurisdiction over the case for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. John A. Woodcock, Eric Storms, Clerk, United States District Court for the District of Maine, Jay S. Geller, Paul D Clement, Russell B. Pierce Jr., Michael A. Scodro, Daniel L. Ring, Nicholas Albert Aquart, Richard D. Tucker, Sigmund D. Schutz, Jeffrey D. Talbert, J. Wylie Donald, Scott W. Boak, Matthew F. Pawa, Benjamin A. Krass, Robert Lee Martin III, Kyle J. McGee